AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Marcus Clay<br><br>*Plaintiff(s)*<br>v.<br>T Construction L.L.C.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-00029<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* T Construction L.L.C.
c/o Ofelia Torres
12605 McNair Street
Houston, TX 77015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bridget Davidson
Space City Law Firm
440 Louisiana St., Ste 1110
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 29, 2025

*s/ M. LaBee*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-CV-00029

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>T Construction L.L.C.</u> was received by me on *(date)* <u>Mar 9, 2025, 5:01 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Juan Ramon Torres, Owner</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>T Construction L.L.C.</u> on *(date)* <u>Thu, Mar 13 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 17, 2025

*Server's signature*

Melissa Guevara PSC 24169

*Printed name and title*

1016 Mississippi St, Houston, TX 77587

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 11, 2025, 10:23 am CDT at 12605 McNair St, Houston, TX 77015
Main entry door is locked and secured. I knocked on the service window and spoke to the secretary. I asked for Ofeila Torres and I was told she does not work here, but she has an assistant. She then stepped away, and a few minutes later, another lady named Frida Lopez came to greet me. She advised Ofeila is never here because her and the owner, Juan Ramon Torres are divorced. She provided me with the owners business card to contact him directly.

2) Successful Attempt: Mar 13, 2025, 3:10 pm CDT at 12605 McNair St, Houston, TX 77015 received by T Construction L.L.C. c/o Juan Ramon Torres, Owner